UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHERMEKIA JONES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BAYER HEALTHCARE PHARMACEUTICALS, INC.**<br><br>**Defendant.** | Case No. 3:14-cv-00628-DRH-DGW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(1)(A)(ii), Plaintiff hereby voluntarily dismisses this case without prejudice by stipulation of all parties who have appeared.

Respectfully Submitted,

Dated: 12/1/2014

/s/ Terry Lueckenhoff (with consent)
Terry Lueckenhoff #27810 MO
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000-Telephone
(314) 588-1965- Facsimile

*Attorneys for Bayer Healthcare Pharmaceuticals, Inc.*

/s/ D. Todd Mathews
D. Todd Mathews #6276652
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2014, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ D. Todd Mathews